DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

JUSTIN SMITH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1656

———————————————

March 13, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Keith Meyer, Judge.

Justin Smith, pro se.


PER CURIAM.

Affirmed.


LaROSE, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.